May 05, 2006

Ms. Donna C. Peavler
Uloth & Peavler, LLP
3400 Carlisle Street, Suite 430
Dallas, TX 75204

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794
Mr. Thomas B. Cowart
Law Offices of Windle Turley, P.C.
6440 North Central Expwy., Suite 1000
Dallas, TX 75206

RE: Case Number: 03-0913
 Court of Appeals Number: 05-02-00818-CV
 Trial Court Number: 00-4462-M

Style: KROGER TEXAS LIMITED PARTNERSHIP AND ROBERT MOODY
 v.
 THERESA SUBERU

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |